# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VAT MASTER CORP. and VAT MASTER LIMITED PARTNERSHIP, | § § § | No. 200, 2021 |
| Defendants Below, Appellants, | § § § § | Court Below – Court of Chancery of the State of Delaware |
| v. | § § | |
| NB ALTERNATIVES ADVISERS LLC (as successor-in-interest to Almanac Realty Investors, LLC), ALMANAC REALTY SECURITIES V, LP, TW-ARS CORP., MATTHEW KAPLAN, MOREEN MCGURK, as executor of the estate of John McGurk, JUSTIN HAKIMIAN, and RANDALL GUENTHER, | § § § § § § § § § § § § | C.A. No. 2020-0930-SG |
| Plaintiffs Below, Appellees. | § § § § | |

Submitted: December 1, 2021
Decided: December 15, 2021

Before **VALIHUARA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

On this 15th day of December, 2021, after careful consideration of all the briefs and the record on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the May 26, 2021 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Tamika R. Montgomery-Reeves
Justice